

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00184-CR

PAUL MICHAEL DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 35290CR

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

After a bench trial, Paul Michael Davis was found guilty of manufacture or delivery of a controlled substance, four grams or more but less than 200 grams, a first-degree felony.[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.113(d) (Supp.). In his sole issue on appeal, Davis alleges that the evidence was legally insufficient to support his conviction, either as a principal actor or a party.

Via a single, consolidated brief, Davis appeals his convictions, arguing that the evidence was legally insufficient to support his convictions.

We addressed Davis's argument in detail in our opinion addressing his appeal in appellate cause number 06-25-00183-CR, and we apply the same legal standard and analysis here as we did in his companion case. Because we conclude that the convictions were supported by legally sufficient evidence, we affirm the trial court's judgment.

Scott E. Stevens
Chief Justice

Date Submitted:     July 1, 2026
Date Decided:     July 27, 2026

Do Not Publish

---

[1]In his companion appellate cause number 06-25-00183-CR, Davis challenges his conviction for manufacture or delivery of a controlled substance. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(d) (Supp.).